FILED
2017 May-08  PM 04:10
U.S. DISTRICT COURT
N.D. OF ALABAMA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ERIC McBRIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:16-cv-01012-LSC |
| | ) | |
| REGIONS BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

### ORDER

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal of Defendant Regions Bank with Prejudice filed on May 4, 2017. (Doc. 38.) Accordingly, the case is DISMISSED WITH PREJUDICE. The parties are to bear their own costs, expenses, and attorneys' fees.

**DONE** AND **ORDERED** ON MAY 8, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

186289